## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

     **v.**         :      **CRIMINAL NO. 22-378**

CHRISTIAN KEGLER      :

## O R D E R

Upon consideration of the United States' Unopposed Motion to Dismiss Count Two of the Indictment, it is hereby

## O R D E R E D

that the United States' Motion to Dismiss is GRANTED, and Count Two is DISMISSED without prejudice.

BY THE COURT:

HONORABLE KAREN SPENCER MARSTON
*Judge, United States District Court*